1

2

3

4

5
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

7
SAM W DONAGHE,

                              Petitioner,                    CASE NO. C12-6075 RJB-JRC

8
                                                             ORDER

9          v.

DON GAUNTZ,

10
                              Respondent.

11

12         The Court, having reviewed the Report and Recommendation of Magistrate Judge J.

13  Richard Creatura, objections to the Report and Recommendation, if any, and the remaining

14  record, does hereby find and ORDER:

15         1.      The Court adopts the Report and Recommendation;

16         2.      This petition is dismissed prior to service. Petitioner cannot challenge his
                   civil commitment by alleging that conditions of confinement render RCW
17                 71.09 punitive. *See Seling v. Young*, 531 U.S. 250, 263 (2001).

18         3.      No certificate of appealability will be issued.

19         4.      The Clerk is directed to send a copy of this Order to plaintiff, and to the
                   Hon. J. Richard Creatura.

20
           DATED this 20th day of February, 2013.

21

22

23                                                ROBERT J. BRYAN
                                                  United States District Judge

24

ORDER - 1